1  Todd M. Friedman (SBN 216752)
   tfriedman@toddflaw.com
2  Adrian R. Bacon (SBN 280332)
   abacon@toddflaw.com
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
   Telephone: (323) 306-4234
5  Facsimile: (866) 633-0228

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9
   CATHERINE HOSINO, individually    )  Case No.
10 and on behalf of all others similarly )
   situated,                          )  5:19−cv−02282−DSF−SHK
11                                    )
12 Plaintiff,                         )  **JOINT STIPULATION OF**
                                      )  **DISMISSAL OF ACTION OF THE**
13       vs.                          )  **INDIVIDUAL CLAIMS**
14                                    )  **WITH PREJUDICE AND THE**
   SPRINT SOLUTIONS, INC., and        )  **PUTATIVE CLASS CLAIMS**
15 DOES 1-10,                         )  **WITHOUT PREJUDICE**
16                                    )
17 Defendant(s).                      )
18
19 NOW COME THE PARTIES by and through their attorneys to respectfully move
20 this Honorable Court to dismiss this matter with prejudice as to Plaintiff's
21 individual claims and without prejudice as to the putative Class pursuant to
22 Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own
23 costs and attorney fees. A proposed order has been concurrently submitted to
24 this Court via email.
25
   ///
26
27 ///
28

Stipulation to Dismiss- 1

Respectfully submitted this 5th Day of February, 2020,

        **LAW OFFICES OF TODD M. FRIEDMAN P.C**
        By: <u>s/Adrian R. Bacon  Esq.</u>
        **ADRIAN R. BACON**
        Attorney for Plaintiff

By:   <u>**/s/ Jamie D. Wells**</u>
        **Jamie D. Wells**
        **McGuireWoods LLP**
        Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: February 5, 2020   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

        By: <u>s/ Adrian R. Bacon</u>
        Adrian R. Bacon ESQ.
        Attorney for Plaintiff

Filed electronically on this 5th Day of February, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 5th Day of February, 2020.
s/Adrian R. Bacon
ADRIAN R. BACON